UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                         Case No. 15−33187
                                                              Chapter 13
Diane Cargill,

      Debtor.

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held on November 27, 2017 at 01:30 PM to consider and act upon the following:

*31* − Motion for Relief from Stay and Request for Telephonic Hearing. Fee Amount $181 filed by Kristofor D. Sodergren on behalf of 21st Mortgage Corporation. (Sodergren, Kristofor)

The automatic stay shall remain in effect until final disposition of this motion.

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

      PHONE: **1−888−431−3632 Participant Code: 361328**
      CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated October 31, 2017

Juan–Carlos Guerrero
Clerk of Court

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                              Case No. 15-33187-DHW
Diane Cargill                                                       Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: jmclain            Page 1 of 1                  Date Rcvd: Oct 31, 2017
                              Form ID: nhATT888        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db           +Diane Cargill,    50 Comet Lane,    Ramer, AL 36069-5126
cr            21st Mortgage Corporation,    c/o Kristofor D. Sodergren,    ROSEN HARWOOD, PA,
               2200 Jack Warner Parkway (35401),    Post Office Box 2727,    Tuscaloosa, AL  35403-2727
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3432978       Fax: 800-813-8164 Oct 31 2017 21:20:22     21ST MORTGAGE,    620 MARKET STREET ONE CENTER,
               SQUARE,   Knoxville, TN 37902
3436345       Fax: 800-813-8164 Oct 31 2017 21:20:22     21st Mortgage Corp.,    PO BOX 477,
               Knoxville, TN 37901
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              Bankruptcy Administrator   ba@almb.uscourts.gov
              Kristofor D. Sodergren    on behalf of Creditor    21st Mortgage Corporation bknotice@rcslaw.com
              Richard C. Dean, Jr.    on behalf of Creditor    Republic Finance, LLC rdean@mindspring.com,
               scrawford@deanlawfirm.org
              Richard D. Shinbaum    on behalf of Debtor Diane  Cargill rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 5