The relief described hereinbelow is SO ORDERED

Done this 21st day of March, 2018.



**William R. Sawyer**
**United States Bankruptcy Judge**



_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DIANE CARGILL** | § | **CHAPTER 13** |
| SS# XXX-XX-5894 | § | |
| DEBTOR(S) | § | **CASE NO. BK 15-33187-WRS13** |

### ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM STAY

    This matter set to come before the Court on March 19, 2018 on the Motion for Relief from Stay (Doc. #31) filed on behalf of 21st Mortgage Corporation (hereinafter "Movant"), and based on the pleadings previously filed in this matter and the agreement of the parties, it is hereby ORDERED, ADJUDGED and DECREED that:

    1.    Movant may file a secured proof of claim for attorney's fees and costs associated with the filing of this Motion. Said claim will be filed for a total present value of $681.00 and paid a specified monthly payment of $23.00. The Debtor's plan payment to the Trustee is hereby amended to $110.00 per week immediately.

2. Movant is authorized to pay future annual insurance premiums in order to maintain property damage insurance coverage on the collateral as required by the loan documents. Movant is authorized to provide notice to the Debtor of the total amount of the insurance premium due to be reimbursed by Debtor in no less than ninety (90) days from the date of notice sent from Movant concerning the renewal and request for reimbursement.

3. Movant's Motion for Relief from Stay is CONDITIONIALLY DENIED; however, the Automatic Stay imposed by 11 U.S.C § 362 shall terminate in favor of Movant without further Order of this Court (i) if Debtor fails to reimburse Movant for the insurance premium paid in the amount of $722.00 within thirty (30) days of the date of this Order **_OR_** (ii) if the Debtor fails to reimburse Movant for any future annual insurance premium paid by Movant after receipt of notice from Movant specified in Paragraph 2 above and if a Notice of Default is filed by Movant with the Court and a copy served on Debtor, Debtor's counsel and the Chapter 13 Trustee, and Debtor fails to cure the Notice of Default within ninety (90) days of its filing **_OR_** (iii) if Debtor fails to pay ad valorem taxes on the mobile home when due and if a Notice of Default is filed by Movant with the Court and a copy served on Debtor, Debtor's counsel and the Chapter 13 Trustee, and Debtor fails to cure the Notice of Default within thirty (30) days of its filing .

4. If relief from stay is granted pursuant to the terms of this Order, the secured claim of Movant shall be reduced and allowed to the amount paid and any remaining balance reclassified as unsecured for distribution purposes, with Movant granted leave to amend said claim to reflect any deficiency remaining following liquidation of its collateral. Further any deficiency claim will be an allowed unsecured claim to be paid pro-rata with other unsecured creditors and subject to discharge in this case.

5. If relief from stay is granted pursuant to the terms of this Order, then the Court determines that this Order shall be considered a final Order and is immediately effective to terminate the Automatic Stay and shall not be subject to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

6. The terms and effect of this Order shall survive conversion of this case to another chapter under the Bankruptcy Code. Any conversion of this case to another chapter under the Bankruptcy Code shall not affect the provisions of this Order.

### END OF ORDER ###

This Order Prepared By:

*/s/ Kristofor D. Sodergren*
Kristofor D. Sodergren (SODEK-0591)
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000

This Order consented to by:

*/s/ Kristofor D. Sodergren*
Kristofor D. Sodergren (SODEK-0591)
Attorney for 21st Mortgage Corporation
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000

| */s/ Richard D. Shinbaum* | */s/ Sabrina L. McKinney* |
|---|---|
| Richard D. Shinbaum | Sabrina L. McKinney |
| Attorney for Debtor | Chapter 13 Trustee |
| P.O. Box 201 | P.O. Box 173 |
| 5665 Perry St. (36104) | Montgomery, AL 36101-0173 |
| Montgomery, AL 36101-0201 | (334) 262-8371 |

Case No. BK 15-33187-DHW13
Page 3